Lauren M. Rule (ISB # 6863) (lrule@advocateswest.org)
Todd C. Tucci (ISB # 6526) (ttucci@advocateswest.org)
*ADVOCATES FOR THE WEST*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Laurence ("Laird") J. Lucas (ISB # 4733) (llucas@lairdlucas.org)
P.O. Box 1342
Boise, Idaho 83701
(208) 424-1466 (phone and fax)

Attorneys for Plaintiff Western Watersheds Project

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, ) | No. 05-297-E-BLW |
| ) | |
| Plaintiff, ) | **PLAINTIFF WWP'S MOTION** |
| ) | **FOR AWARD OF ATTORNEY FEES** |
| vs. ) | **AND LITIGATION EXPENSES** |
| ) | |
| JOE KRAAYENBRINK; JAMES ) | |
| CASWELL, BLM Director,* and BUREAU ) | |
| OF LAND MANAGEMENT, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Western Watersheds Project respectfully moves the Court for an award of reasonable attorney fees and litigation expenses incurred in this matter through March 10, 2008, in the total amount of $264,801.97.  Plaintiff reserves the right to seek further fees for time spent in this case since that date, if further litigation is required on this motion.

Plaintiff seeks an award of attorney fees and litigation expenses pursuant to the citizen suit provision of the Endangered Species Act (ESA), 16 U.S.C. § 1540(g)(4), which authorizes the Court to award fees and expenses "as appropriate."  The requested

WWP'S MOTION FOR AWARD OF FEES AND EXPENSES -- 1

award of fees and expenses is "appropriate" in this case under the ESA, because Plaintiff has prevailed on its ESA claim challenging BLM's grazing regulation revisions for failure to conduct Section 7 consultation, as set forth in the Court's June 2007 Memorandum Decision and Order; and also prevailed on other related issues (including BLM's unsuccessful motion to dismiss the ESA claim).

In addition or in the alternative, Plaintiff seeks an award of fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A), which mandates award of fees and expenses to prevailing parties against the United States in cases such as this.  Plaintiff is entitled to an EAJA award here because it also prevailed on its NEPA and FLPMA claims challenging BLM's grazing regulation revisions, as set forth in the Court's June 2007 Memorandum Decision and Order; and BLM's position was not substantially justified.  In addition, WWP is an eligible party for an EAJA fee award under 28 U.S.C. § 2412(d)(2)(B).

Counsel for WWP and BLM have agreed to attempt to negotiate a resolution of this motion over the next sixty days, as set forth in the stipulation to be filed herewith. WWP reserves the right to submit briefings, declarations, and other supporting materials for this motion if the settlement efforts are unsuccessful.

WHEREFORE, Plaintiff WWP respectfully prays the Court to award it reasonable attorneys fees and litigation expenses as requested herein, and in such additional amount as may be requested by WWP if this motion requires further litigation.

Dated:  March 13, 2008                                                          Respectfully submitted,

/s/  Laird J. Lucas_____
Laurence ("Laird") J. Lucas (ISB # 4733)
Attorney for Plaintiff WWP

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the counsel of record listed below:

Joseph Feller
joseph.feller@asu.edu

Tom Lustig
LUSTIG@nwf.org

Johanna Wald
jwald@nrdc.org

Brad Purdy
bmpurdy@hotmail.com

Deborah Ferguson
Deborah.Ferguson@usdoj.gov

Donna Fitzgerald
Donna.Fitzgerald@usdoj.gov

Courtney Taylor
Courtney.Taylor@usdoj.gov

William J. Thomas
william.thomas@bbklaw.com

Susan Buxton
seb@msbtlaw.com

Jay Johnson
jcjohnson@mayerbrownrowe.com

John Bailey
jab@racinelaw.net

_____/s/_____
Laurence ("Laird") J. Lucas