IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>JOE KRAAYENBRINK; JAMES   )<br>CASWELL, BLM Director, and BUREAU )<br>OF LAND MANAGEMENT,   )<br>   )<br>   Defendants.   )<br>_____) | Case No. CV-05-297-E-BLW<br><br>**ORDER APPROVING SETTLEMENT OF WWP'S MOTION FOR AN AWARD OF ATTORNEYS FEES AND LITIGATION EXPENSES**<br>(*Docket Nos. 159 & 194*) |

The Order of Stay (Docket No. 192) filed February 21, 2009 is lifted.

Before the Court is a "Settlement Agreement Re: Plaintiff WWP's Motion For An Award Of Attorney Fees And Litigation Expenses" (*Docket No. 194*).  The Settlement Agreement is jointly submitted by counsel for Plaintiff Western Watersheds Project and the Bureau of Land Management Defendants, in order to settle WWP's claims for attorneys fees and litigation expenses in this matter (*Docket No. 159*).  Having considered the proposed settlement, and good cause appearing,

IT IS ORDERED that the said Settlement Agreement (*Docket No. 194*) is hereby APPROVED AND ADOPTED as an order of the Court.

IT IS FURTHER ORDERED that the United States shall pay the total sum of $216,000.00 in full satisfaction of WWP's claimed attorneys fees and litigation expenses in this matter, under the terms and conditions specified in the said Settlement Agreement.  Of this total payment amount, the sum of $162,000 shall be paid pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and the remaining sum of $54,000 shall be paid pursuant to the Endangered Species Act, 16 U.S.C. § 1540(g)(4).

IT IS FURTHER ORDERED that WWP's Motion For Award Of Attorney Fees And Litigation Expenses (*Docket No. 159*) is hereby DISMISSED.

IT IS SO ORDERED.

DATED:  March 23, 2009

B. LYNN WINMILL
Chief Judge
United States District Court