# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, | ) | Civ. No. |
|     Plaintiff, | ) | 05-297-E-BLW |
|   v. | ) | |
| JOE KRAAYENBRINK, *et al*. | ) | consolidated with |
|     Defendants, | ) | |
|   and | ) | Civ. No. |
| PUBLIC LANDS COUNCIL, AMERICAN FARM BUREAU FEDERATION, | ) | 06-275-E-BLW |
|     Defendant-Intervenors. | ) | **ORDER** |
| RALPH MAUGHAN, *et al*. | ) | |
|     Plaintiffs, | ) | |
|   v. | ) | |
| DAVE ROSENKRANCE, *et al*. | ) | |
|     Defendants, | ) | |
|   and | ) | |
| PUBLIC LANDS COUNCIL, AMERICAN FARM BUREAU FEDERATION, | ) | |
|     Defendant-Intervenors. | ) | |

## ORDER STAYING BRIEFING

Pending before the Court is the Stipulation, Docket No. 212, filed regarding the *Maughan* Plaintiffs' Application for Award of Attorney Fees, Docket No. 211. The Court having considered the pleadings shall approve the Stipulation.

NOW THEREFORE IT IS HEREBY ORDERED THAT the Stipulation (docket no. 212) is APPROVED.

IT IS FURTHER ORDERED, that the briefing on the *Maughan* Plaintiffs' Application for Award of Attorney Fees, Docket No. 211, is STAYED while the *Maughan* Plaintiffs and BLM

pursue settlement negotiations.  If negotiations are unsuccessful, the Stay will be lifted; and the *Maughan* Plaintiffs shall file their opening brief and supporting materials for the fees application on January 31, 2012.  Further briefing on the Application will proceed according to the District of Idaho local rules, unless otherwise agreed or ordered by the Court.

DATED: **November 3, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court